UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DEC 1 3 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | Criminal No. |
| v. | § | |
| | § | **UNDER SEAL** |
| JANIS JEAN FOWLER-GULDE, M.D., | § | |
| JONATHAN GULDE, | § | |
| | § | **18 CR 713** |
| Defendants. | § | |

## MOTION TO SEAL

TO THE HONORABLE COURT,

COMES NOW the United States of America, by and through Devon Helfmeyer, Trial Attorney of the United States Department of Justice, Fraud Section, Criminal Division, and respectfully makes the following requests:

I.

The United States respectfully requests that the Court seal the Indictment, Arrest Warrant, this Motion, and accompanying Order. The United States further moves that at the time of each Defendant's arrest, the Indictment, Arrest Warrant, this Motion, and accompanying order will automatically be unsealed and remain unsealed as to the Defendant arrested without further Order of the Court.

//

//

//

//

//

II.

The United States further requests that copies, including certified copies, of the Indictment, and the Arrest Warrant, be provided to the United States Department of Justice and the investigating law enforcement agencies upon their request and without further Order of the Court.

    Respectfully submitted,

    RYAN K PATRICK
    United States Attorney

By:   */s/ Devon Helfmeyer*
    Devon Helfmeyer
    Trial Attorney
    United States Department of Justice
    Fraud Section, Criminal Division
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002
    Devon.Helfmeyer@usdoj.gov
    (713) 567-9513