UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 14, 2018
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO: § **SEALED** § |
| JANIS JEAN FOWLER-GULDE, M.D. | § § § |

**18 CR 713**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    CRIMINAL INDICTMENT    has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

JANIS JEAN FOWLER-GULDE, M.D.
3131 Memorial Court, Apt. 16114
Houston, TX 77007

☐ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on    December 13   , 20 18 .

UNITED STATES MAGISTRATE JUDGE