**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter: None    ERO: L. Howard
USPT/USPO: Us
☐ OTHER DISTRICT  ☐ DIVISION    THEIR CASE#

OPEN 2:32  ADJOURN 2:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 12.18.18
, CLERK

**PROCEEDING HELD:**
☑ Initial Appearance      ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                         ☐ Hearing Continued on_____
☐ Detention Hearing       ☐ Preliminary Hearing              ☐ Other_____

CASE NUMBER CR H- 18-713

USA VS.                                       AUSA Devon Helfmeyer
2) Jonathan Gulde                            (R) Brian J. Hobson 713.223.5575
1) Janis Jean Fowler-Gulde, M.D.             (R) Wendell Odom Jr. 713.223.5575

☑ Date of arrest 12.18.18                    ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment /Complaint ☐ Information ☐ Superceding
                                              Violation of  ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared      ☑ with  ☐ without counsel

☐ Defendant requests appointed counsel.      ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☑ Defendant advises that he will retain private counsel. _As above_

1) ☑ Defendant $50,000.00 bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit Co-signer
2) ☑ Defendant $50,000.00 bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit Co-signer
   ☐ Defendant ____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Surety signatures required as to Defendant(s)_____
☑ Defendant(s)_____ advised of conditions of release
☑ BOND EXECUTED and Defendant __to be__ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____
☐ Bond revoked    ☐ Bond reinstated    ☐ Bond Continued
☐ Defendant _____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☑ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☑ Arraignment now  ☐ Counsel Determination Hearing   ☐ Identity Hearing
   ☐ Detention Hearing  ☐ Preliminary Hearing            ☐ Final Revocation Hearing