MAGISTRATE JUDGE FRANCES H. STACY
CASE MANAGER BEVERLY WHITE     TAPE ERO _L. Howard_
USPS / USPO _Ugo_              INTERPRETER _None_
TIME ___ begin ___ end A.M. _2:53_ begin _2:57_ end P.M.     DATE _12-18-18_

CR. NO. _CR-H-18-713_     USDJ _Hanen_

UNITED STATES OF AMERICA
vs.                                              _Devon Helmayer_ AUSA

Deft. No.    Deft. Name
____    _Jonathan Gudde_              _Brian M. Hobson_ 713.223.5575
____    _Janis Jean Fowler-Gudde, MD_  _Wordell Odom, Jr._ 713.223.5575
____    _____                         _____
____    _____                         _____

add'l defts on reverse side      new atty info on reverse     Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

☑ Arraignment held.    ☐ Arraignment held on superseding indictment.    ☐ Arraignment not held.
☐ Deft_____ first appearance with counsel.    ☐ Deft_____ appeared without counsel.
☐ Deft_____ Waiver of Indictment executed (for criminal information).
☑ Deft_____ enters a plea of not guilty.    ☐ Deft_____ enters a plea of guilty.
☐ Deft_____ plea of guilty probable; pro forma plea of not guilty entered.
☐ Deft_____ rearraignment set _____ at _____ before Judge _____.
☐ Waiver of Speedy Trial executed.
☑ Scheduling Order    ☑ issued w/cc to parties.    ☐ to be mailed.    ☐ not issued.
☐ Deft_____ Order for PSI setting Disclosure and Sentencing dates signed.    ☐ PSI waived.
☐ Deft_____ sentencing set _____ at _____.
☐ Deft_____ failed to appear, bench warrant to issue.
☑ Deft_____ bond ☑ set    ☐ reduced to $ _50,000.00_    ☐ Cash  ☑ Surety  ☐ 10%  ☐ PR.
☐ Deft_____ executed bond and released from custody.
☐ Deft_____ bond continued.
☐ Deft_____ remanded to custody.
☐ Deft_____ Nebbia Hearing held (conflict of interest).
OTHER PROCEEDINGS: _____

Copy to:   Case Manager for USDJ
           USPO (if PSI ordered)        see reverse